UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVONTE LOVE,
         Plaintiff,

   v.                                                        Case No. 11-C-1054

DAVID A. CLARK, et al.
         Defendants.

## ORDER

The Clerk of Court directly assigned this matter to me as a case related to Case No. 11-C-867. However, my review of the complaint reveals that this is not a related case.

**THEREFORE, IT IS ORDERED** that this case be returned to the Clerk of Court for random reassignment.

Dated at Milwaukee, Wisconsin, this 19th day of November 2011.

                                               s/_____
                                               LYNN ADELMAN
                                               District Judge