UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DA VONTE LOVE,

                    Plaintiff,

        v.                                                   Case No. 11-C-1054

DAVID A CLARKE, JR sued as David A Clark Jr
and MR ERICSON Green Bay Correctional
Institution Security Director,

                    Defendants.

## ORDER DENYING MOTION FOR ASSISTANCE

        Plaintiff, Da Vonte Love, a prisoner proceeding pro se in the underlying action, filed along

with his complaint a Motion for Assistance (ECF No. 3).  The motion essentially asks the Court

to help him file a class-action challenging the mail delivery procedures in the jail.  The motion is

denied.  The Court is not allowed to provide assistance, but is instead to rule on proper requests for

relief that are brought before it.  Assistance is provided by counsel, either retained or appointed.

Plaintiff has not asserted sufficient reasons to warrant the recruitment of counsel by the Court.

Accordingly, the motion is **DENIED**.

        Plaintiff has also filed a Motion of Mandamus, which seeks essentially the same or similar

relief.  I note, in addition, the plaintiff appears to be attempting to proceed on behalf of a class of

prisoners.  This motion is also denied.  As a pro se individual prisoner, plaintiff is poorly equipped

to represent an entire class of litigants.  Mandamus is not an appropriate vehicle for obtaining the

kind of relief plaintiff seeks.  He has a pending complaint which alleges violation of his

constitutional rights. If he succeeds on that underlying claim, the relief requested, at least as to

him, would be granted. Accordingly, the Motion of Mandamus (ECF No. 26) is also **DENIED**.

Dated this ___24th___ day of April, 2012.


s/ William C. Griesbach
William C. Griesbach
United States District Judge