UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DA VONTE LOVE,

        Plaintiff,

  v.                                                         Case No. 11-C-1054

DAVID A. CLARKE, JR., et al.,

        Defendants.

**ORDER**

       This matter is currently before the Court on Plaintiff Da Vonte Love's "Motion to Compel." (ECF No. 46.) Plaintiff has filed multiple "Motions to Compel" before this Court, which have previously alleged he is unable to communicate with this Court about a pending §1983 action he has here due to a state order denying him telephone and mail privileges until his state case is concluded. In response to these motions, I granted Plaintiff an extension of his discovery time and dispositive motion deadline until his state court matter concluded. This effectively stayed the case until said completion (which has not yet occurred). To the extent Plaintiff's motion seeks relief on these grounds, it is denied as moot.

       Plaintiff also contends he is being denied, among other things, adequate mental and medical care, and that he is being forced to wear a restraint belt in the shower. Plaintiff additionally contends the facilities he is in do not provide adequate legal loans, notaries, or supplies. Plaintiff's original complaint in this action was predicated on his allegation that he was placed in segregation too long in violation of the Constitution. These claims of medical

mistreatment, pain, and the sufficiency of the prison's assistance in legal matters are in no way related to the cause of action underlying this suit.  Accordingly, this motion is not the proper place to raise such new claims.  Should Plaintiff wish to pursue relief, he must file a new and separate § 1983 actions and pay the respective filing fees.

Plaintiff's "Motion to Compel" (ECF No. 46) is accordingly **DENIED**.  Plaintiff's case is **STAYED** pending resolution of his state court action.

Dated this   3rd   day of July, 2012.

     s/ William C. Griesbach
William C. Griesbach
United States District Judge